UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KENDRA OVERLA,

        Plaintiff,

v

        Case No. 1:18-cv-11233-TLL-PTM
        Hon. Thomas L. Ludington

CITY OF ALMA,
PHILLIP MOORE,
CITY MANAGER OF ALMA,
Individually and in his official capacity,

        Defendants.
_____/

| BURGESS SHARP & GOLDEN, PLLC | ROSATI SCHULTZ JOPPICH |
|---|---|
| By:   Heidi T. Sharp (P69641) | & AMTSBUECHLER, PC |
| Attorneys for Plaintiff | By:  Laura S. Amtsbuechler (P36972) |
| 43260 Garfield Rd., Ste. 280 |      Laura Bailey Brown (P79742) |
| Clinton Township, MI 48034 | Attorneys for Defendants |
| (586) 226-2627 | 27555 Executive Drive, Suite 250 |
| Heidi@bsglawfirm.com | Farmington Hills, MI  48331 |
| | (248) 489-4100/Fax:  (248) 489-1726 |
| | lamtsbuechler@rsjalaw.com |
| | lbrown@rsjalaw.com |

_____/

## STIPULATED ORDER OF DISMISSAL

    This matter, having come before the Court on the stipulation of the parties,

    It is **ORDERED** that this case is dismissed in its entirety against Defendants City of Alma and Phillip Moore, in their individual and official capacities, with

prejudice and without costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes the file.


Stipulated and Agreed to by:

/s/ Laura Bailey Brown
Laura Bailey Brown (P79742)
Attorneys for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100

/s/ Heidi T. Sharp
Heidi Sharp (P69641)
Attorneys for Plaintiff
43260 Garfield Rd., Ste. 280
Clinton Township, MI 48034
(586) 226-2627
Heidi@bsglawfirm.com


Dated: November 6, 2018                         s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 6, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager